1  Babak Hashemi, Esq. (State Bar No. 263494)
   **LAW OFFICES OF BABAK HASHEMI, ESQ.**
2  20062 SW Birch Street, Ste. 200
3  Newport Beach, CA 92660
   Office: (949)464-8529
4  BabakHashemiLaw@gmail.com

5  Attorney for Plaintiff: ANTHONY BOUYER

7           UNITED STATES DISTRICT COURT
8           CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY BOUYER, an individual,<br><br>             Plaintiff,<br><br>v.<br><br>ZABC, LLC, a California limited liability company; MING NAN LU NVM, LLC., a California limited liability company; and DOES 1-10, inclusive,<br><br>             Defendants. | CASE No: 2:20-cv-05301-AB-AGR<br><br>NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |
|---|---|

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, ANTHONY BOUYER ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action.  Plaintiff has reached a full and final confidential settlement with Defendant(s) and have agreed that each party shall bear his, their or its own costs and attorneys' expenses. Defendants

Case No. 2:20-cv-05301

1
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

have not filed an answer to Plaintiff's Complaint and no cross-claims have been advanced by Defendant, either individually or collectively.

Respectfully Submitted.

Dated: August 26, 2020          **LAW OFFICES OF BABAK HASHEMI, ESQ.**

                                        By:   /s/ *Babak Hashemi*
                                                  Babak Hashemi, Esq.
                                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on August 26, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's representative in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

DATED: August 26, 2020         **LAW OFFICES OF BABAK HASHEMI**

By: /s/*Babak Hashemi*
    Babak Hashemi, Esq.
    Attorney for Plaintiff